

**HEATHER E. GRIFFIN**
hgriffin@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

February 19, 2026

<u>Via ECF</u>
The Honorable Marcia M. Henry
Magistrate Judge
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Kyron Rennie, Jr., et al. v. ASF Construction & Excavation Corp.**
              **Case No.: 1:25-cv-04147-NGG-MMH**

Dear Judge Henry:

    This Firm represents Defendant ASF Construction & Excavation Corp. d/b/a ASF Construction ("ASF") in the above-referenced matter. We write, jointly with Plaintiffs' counsel, to provide the Court with an update on settlement, pursuant to the Court's Order. The parties reached a complete resolution during mediation held on January 27, 2026, and are currently in the process of finalizing the settlement agreement.

    We thank the Court for its time and consideration.

                                                         Respectfully submitted,

                                                         <u>/s/ Heather E. Griffin</u>
                                                         Heather E. Griffin, Esq.

                                                         <u>/s/ Rita A. Sethi</u>
                                                         Rita A. Sethi, Esq.

cc:    All counsel for record (*via* ECF)